APPEAL

# United States District Court
## District of Puerto Rico (San Juan)
### CRIMINAL DOCKET FOR CASE #: 3:10−cr−00251−CCC−15

Case title: USA v. Colon−de−Jesus et al

Date Filed: 07/14/2010
Date Terminated: 12/15/2011

Assigned to: Judge Carmen C. Cerezo

**Defendant (15)**

| | | |
|---|---|---|
| **Francisco E. Lopez−Negron**<br>*TERMINATED: 12/15/2011* | represented by | **Victor A. Ramos−Rodriguez**<br>Victor A. Ramos Rodriguez Law Office<br>PO Box 9465<br>Plaza Carolina Station<br>Carolina, PR 00988−9465<br>787−753−4241<br>Fax: 787−758−7189<br>Email: abogpr@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Jennie M. Espada−Ocasio**<br>Espada Esquire Legal Services Psc<br>PO BOX 13811<br>San Juan, PR 00908−3811<br>787−758−1999<br>Fax: 787−773−0500<br>Email: espada.esquire@gmail.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE NARCOTICS<br>(1) | IMPR for 70 months as to Ct. 1 and 60 months as to Ct. 2 to be served consecutively with each other for a total of 130 months; SRT of 8 yrs as to Ct. 1 and 5 yrs. as to Ct. 2 to be served concurrently with each other; SMA of $200.00 |
| 18:924(c)(1)(A) and 2 PENALTIES FOR FIREARMS<br>(2) | IMPR for 70 months as to Ct. 1 and 60 months as to Ct. 2 to be served consecutively with each other for a total of 130 months; SRT of 8 yrs as to Ct. 1 and 5 yrs. as to Ct. 2 to be served concurrently with each other; SMA of $200.00 |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                           **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                  **Disposition**

None

**Interested Party**

**Probation Office**

**Plaintiff**

**USA**                        represented by   **Cesar S. Rivera–Giraud**
                                                United States Attorneys Office
                                                District of Puerto Rico
                                                Torre Chardon Suite 1201
                                                350 Chardon Ave
                                                San Juan, PR 00918
                                                787–766–5656
                                                Fax: 787–771–4050
                                                Email: cesar.rivera@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Jenifer Yois Hernandez–Vega**
                                                United States Attorneys Office
                                                District of Puerto Rico
                                                Torre Chardon Suite 1201
                                                350 Chardon Ave
                                                San Juan, PR 00918
                                                787–282–1802
                                                Fax: 787–766–5398
                                                Email: jenifer.hernandez@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Jose A. Contreras**
                                                United States Attorneys Office
                                                District of Puerto Rico
                                                Torre Chardon Suite 1201
                                                350 Chardon Ave
                                                San Juan, PR 00918

2

787–766–5656
Fax: 787–772–4012
Email: jose.a.contreras@usdoj.gov
*TERMINATED: 06/11/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Zenon–Matos**
United States Attorney's Office
District of Puerto Rico
Suite 1201 Torre Chardon
350 Carlos Chardon Avenue
San Juan, PR 00918
787–766–5656
Fax: 787–771–4050
Email: kelly.zenon@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Maria L. Montanez–Concepcion**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787–766–5656
Fax: 787–771–4050
Email: Maria.L.Montanez@usdoj.gov
*TERMINATED: 01/22/2016*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Mariana E. Bauza**
United States Attorneys Office,
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787–766–5656
Fax: 787–771–4050
Email: mariana.e.bauza@usdoj.gov
*TERMINATED: 08/14/2014*

**Max J. Perez–Bouret**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787–766–5656
Fax: 787–771–4050
Email: max.j.perez@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Olga B. Castellon–Miranda**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787–766–5656
Fax: 787-766-5398
Email: olga.b.castellon@usdoj.gov
*TERMINATED: 02/24/2011*

**Penelope Castellanos–Dilone**
United States Department of Justice
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR 00918
787–772–3970
Fax: 787-766-5398
Email: penelope.castellanos@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Thomas F. Klumper**
United States Attorneys Office, District of
Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787–282–1805
Fax: 787-771-4050
Email: thomas.klumper@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Victor O. Acevedo–Hernandez**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787–766–5656
Fax: 787-771-4050
Email: Victor.O.Acevedo@usdoj.gov
*TERMINATED: 03/16/2015*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/14/2010 | 1 | | MOTION to Seal Case by USA as to all defendants. (dv) (Entered: 07/19/2010) |
| 07/14/2010 | 2 | | ORDER granting 1 Motion Requesting Order as to all defendants. Signed by US Magistrate Judge Marcos E. Lopez on 07/14/2010. (dv) (Entered: 07/19/2010) |

| 07/14/2010 | 3 | | INDICTMENT as to Jose Colon–de–Jesus (1) count(s) 1, 2, Angel Colon–De–Jesus (2) count(s) 1, 2, Jose O. Jimenez–Echevarria (3) count(s) 1, 2, Carlos Sevilla–Oyola (4) count(s) 1, 2, Wilfredo Rodriguez–Rodriguez (5) count(s) 1, 2, Adalberto Rivera–Bermudez (6) count(s) 1, 2, Rafael A. Nazario–Pedroza (7) count(s) 1, 2, Saddid Rivera–Medina (8) count(s) 1, 2, Jorge Reyes–Santiago (9) count(s) 1, 2, Luis Ramos–Oyola (10) count(s) 1, 2, Luis Orta–Ramos (11) count(s) 1, 2, Christopher Colon–De–Jesus (12) count(s) 1, 2, Harold Ayala–Vazquez (13) count(s) 1, 2, Carlos H. Rosado–Marquez (14) count(s) 1, 2, Francisco E. Lopez–Negron (15) count(s) 1, 2, Antonio Aponte–Ortiz (16) count(s) 1, 2, Griselle La–Costa–Franco (17) count(s) 1, 2, Luis Marrero–Baez (18) count(s) 1, Felix Vidal–Nunez (19) count(s) 1, Christian Reyes–Bonilla (20) count(s) 1, Juan G. Santos–Pintado (21) count(s) 1, Anibal Boria–Alejandro (22) count(s) 1, Carlos Burgos–Rodriguez (23) count(s) 1, Angel Andino–Moreno (24) count(s) 1, Joseph Siraguza–De–Jesus (25) count(s) 1, Miguel Abril–Perez (26) count(s) 1, Miguel A. Alvarez–Rivera (27) count(s) 1, Christopher Morales–Rodriguez (28) count(s) 1, Nelson Morales–Plumei (29) count(s) 1, FNU LNU (30) count(s) 1, Christian Nieves–Rodriguez (31) count(s) 1, FNU LNU (32) count(s) 1, 2, Edwin Texidor–Nunez (33) count(s) 1, FNU LNU (34) count(s) 1, FNU Abril–Perez (35) count(s) 1, Carmelo Ortiz (36) count(s) 1, Eric Diaz–Ramirez (37) count(s) 1, Raymond Sanchez–Santiago (38) count(s) 1, Orlando Andino–Vazquez (39) count(s) 1, Armando Diaz (40) count(s) 1, 2, Joran Torres–Rosario (41) count(s) 1, Ricardo Rivera–Figueroa (42) count(s) 1, Victor Ayala–Malpica (43) count(s) 1, Valentin Nieves–Santiago (44) count(s) 1, Rafael Martinez (45) count(s) 1, Erick Marquez–Perez (46) count(s) 1, Valentin Nieves–Ramirez (47) count(s) 1, Rafael Vazquez–Vazquez (48) count(s) 1, Felix Rivera–Reyes (49) count(s) 1, Anthony Batista–Arroyo (50) count(s) 1, Jorge Mercado–Santiago (51) count(s) 1, Osvaldo Rodriguez (52) count(s) 1, Keyvin Saraguza–De–Jesus (53) count(s) 1, Jose M. Aponte–Rivera (54) count(s) 1, Julio Delgado–Delgado (55) count(s) 1, Joel Bermudez–Hernandez (56) count(s) 1, Luis Prestamo–Cotto (57) count(s) 1, David Torres–Serrano (58) count(s) 1, Esteban Olmo–Hernandez (59) count(s) 1, Jose Torres–Rivera (60) count(s) 1, Anderson Diaz–Salas (61) count(s) 1, FNU LNU (62) count(s) 1, Eugenio Quintana–Sevilla (63) count(s) 1, Ramon Sierra–Vazquez (64) count(s) 1, Adalberto Rivera–Robles (65) count(s) 1, Steven Rosario–Ramos (66) count(s) 1, David Vazquez–Serrano (67) count(s) 1, FNU LNU (68) count(s) 1, Victor Colon–Currier (69) count(s) 1, Danny Lopez–Santos (70) count(s) 1, Luis Robles–Soto (71) count(s) 1, 2, FNU LNU (72) count(s) 1, William Sierra–Olmo (73) count(s) 1, Jose Sevilla (74) count(s) 1, Eric L. Ayala–Vazquez (75) count(s) 1, Sigfredo Ramos–Caballero (76) count(s) 1, Daniel Otero–Vega (77) count(s) 1, Orlando Davila–Bonilla (78) count(s) 1, Adalberto Gonzalez–Velazquez (79) count(s) 1, FNU LNU (80) count(s) 1, Joel Ocasio–Cancel (81) count(s) 1, Angel R. Ortiz (82) count(s) 1, Roberto Hernandez–Bermudez (83) count(s) 1, Christian Vazquez–Ortiz (84) count(s) 1, Rafael Gonzalez–Lastra (85) count(s) 1, Pedro J. Figueroa–Ocasio (86) count(s) 1, Pedro Correa–Adorno (87) count(s) 1, Angel M. Diaz–Pagan (88) count(s) 1, Adalberto De–La–Torre–Quiles (89) count(s) 1, Rafaela Sanchez–Pizarro (90) count(s) 1, Edgardo Ramirez–Rodriguez (91) count(s) 1, Pablo |

| | | | |
|---|---|---|---|
| | | | Garnier–Padilla (92) count(s) 1, Israel Santiago–Walker (93) count(s) 1, Edgar Perez–Rivera (94) count(s) 1, Edwin Rivera–Ramos (95) count(s) 1, Christian J. Rivera–Maldonado (96) count(s) 1, Jose Diaz–Ramirez (97) count(s) 1, Nilsa Rodriguez–Caraballo (98) count(s) 1, Jose L. Rosado–Diaz (99) count(s) 1, Juan Abril–Perez (100) count(s) 1, Jaime Baez–Bonilla (101) count(s) 1, Jorge Bermudez–Hernandez (102) count(s) 1, Jose G. Ramos–Torres (103) count(s) 1, Juan Romero–Melendez (104) count(s) 1, FNU LNU (105) count(s) 1, Gabriel O. Rivera–Perez (106) count(s) 1, Israel Baez–Rivera (107) count(s) 1, Yari Sanchez–Santiago (108) count(s) 1, FNU LNU (109) count(s) 1, Phillip Garcia–Osorio (110) count(s) 1. (dv) (Entered: 07/19/2010) |
| 07/14/2010 | 4 | | Minute Entry for proceedings held before US Magistrate Judge Marcos E. Lopez:Return of Indictment by Grand Jury as to all defendants held on 7/14/2010. W/A to be issued. Hearing held at 04:17.Hearing ended at 04:19. (dv) (Entered: 07/19/2010) |
| 07/14/2010 | 5 | | *RESTRICTED* Arrest Warrant Issued by US Magistrate Judge Marcos E. Lopez in case as to all defendants. (dv) (Entered: 07/19/2010) |
| 07/19/2010 | 23 | | NOTICE OF ATTORNEY APPEARANCE (Rivera–Giraud, Cesar) (Entered: 07/19/2010) |
| 07/30/2010 | 280 | | ORDER as to All Defendants: **Status Conference set for 8/12/2010 01:30 PM in Courtroom 7 before Chief Judge Jose A Fuste.** Signed by Chief Judge Jose A Fuste on 7/30/2010.(mrj) (Entered: 07/30/2010) |
| 08/06/2010 | 331 | | ORDER as to all defendants in the case: **Status Conference is RESET for 8/12/2010 at 04:30 PM before Chief Judge Jose A. Fuste.** Signed by Chief Judge Jose A Fuste on 8/6/2010.(grf) (Entered: 08/06/2010) |
| 08/17/2010 | 376 | | INFORMATIVE motion *and in Compliance to Court's Order* by USA as to all defendants. (Rivera–Giraud, Cesar) Modified on 8/18/2010 to edit docket entry (dv). (Entered: 08/17/2010) |
| 08/26/2010 | 409 | | INFORMATIVE motion *and in compliance to Court's Order* by USA as to all defendants. (Rivera–Giraud, Cesar) Modified on 8/27/2010 to edit docket text (dv). (Entered: 08/26/2010) |
| 08/31/2010 | 411 | | ORDER noted 376 Informative Motion; noted 409 Informative Motion as to all defendants. Signed by Chief Judge Jose A Fuste on 08/31/2010. (dv) (Entered: 08/31/2010) |
| 09/15/2010 | 439 | | INFORMATIVE motion re evidence inspection by USA as to all defendants. (Hernandez–Vega, Jenifer) Modified on 9/16/2010 as to title (dv). (Entered: 09/15/2010) |
| 09/28/2010 | 490 | | ORDER noted 439 Informative Motion re evidence inspection as to All Defendants. Signed by Chief Judge Jose A Fuste on 9/28/10. (ft) (Entered: 09/29/2010) |
| 09/29/2010 | 494 | | ***FILED IN ERROR: SEE DKT. # 495 *** CASE PARTICIPANTS** INFORMATIVE motion *(Re: Evidence Inspections held on September 21 and 22, 2010)* by USA as to all defendants. (Hernandez–Vega, Jenifer) Modified on 10/1/2010 (dv). (Entered: 09/29/2010) |

| 09/29/2010 | 495 | | **CASE PARTICIPANTS** INFORMATIVE motion *(Re: Evidence Inspections held on September 21 and 22, 2010)* by USA as to all defendants. (Attachments: # 1 Exhibit Attendance Sheet for 9/21/10, # 2 Exhibit Attendance Sheet for 9/22/10)(Hernandez–Vega, Jenifer) Modified on 10/1/2010 to edit docket text (dv). (Entered: 09/29/2010) |
| 09/29/2010 | | | NOTICE of Docket Text Modification by Deputy Clerk re: 494 INFORMATIVE motion ***FILED IN ERROR–DUPLICATE FILING: SEE DKT. # 495 *** (dv) (Entered: 10/01/2010) |
| 10/04/2010 | 508 | | ORDER noted 495 INFORMATIVE motion Re: Evidence Inspections held on September 21 and 22, 2010) as to all defendants filed by USA. Signed by Chief Judge Jose A Fuste on 10/04/2010. (dv) (Entered: 10/04/2010) |
| 10/26/2010 | 578 | | United States Designation of Evidence by USA as to all defendants. (Rivera–Giraud, Cesar) Modified on 10/27/2010 as to title (dv). (Entered: 10/26/2010) |
| 10/26/2010 | 579 | | MOTION under Rule 16 *(b)(1)(A)(B)(C)* by USA as to all defendants. Suggestions in opposition/response due by 11/12/2010 (Rivera–Giraud, Cesar) Modified on 10/27/2010 to edit docket text (dv). (Entered: 10/26/2010) |
| 10/28/2010 | 588 | | ORDER granting 579 Motion under Rule 16 as to All Defendants. Signed by Chief Judge Jose A Fuste on 10/28/10. (ft) (Entered: 10/28/2010) |
| 11/04/2010 | 637 | | NOTICE *of Expert Witnesses to be Used at Trial* by USA (Hernandez–Vega, Jenifer) (Entered: 11/04/2010) |
| 03/07/2011 | 1301 | | Minute Entry for proceedings held before Chief Judge Jose A Fuste: Status Conference as to Fugitive Defendants held on 03/07/2011. Present: AUSA Jenifer Hernandez. The Government informed that there are 33 fugitives in this case and that the USM are executing the pending W/A. The Court set a further status conference for April 19, 2011 to discuss the status of the defendants. **Further Status Conference set for 4/19/2011 09:00 AM in Courtroom 7 before Chief Judge Jose A Fuste.** (Court Reporter Amy Walker.)Hearing set for 09:30.Hearing held at 10:18.Hearing ended at 10:23. (dv) (Entered: 03/07/2011) |
| 03/17/2011 | 1381 | | Rule 5 Documents Received as to Francisco E. Lopez–Negron (Attachments: # 1 Copy of Docket Sheet, # 2 Copy of Commitmrnt to Another District, # 3 Copy of Waiver of Rule 5, # 4 Copy of Minute, # 5 Copy of Appearance of Counsel, # 6 Envelope)(ga) (Entered: 03/18/2011) |
| 03/20/2011 | | | Arrest of Francisco E. Lopez–Negron in New Jersey. (yr) (Entered: 04/15/2011) |
| 04/13/2011 | 1565 | | NOTICE OF ATTORNEY APPEARANCE: Victor A. Ramos–Rodriguez appearing for Francisco E. Lopez–Negron (Ramos–Rodriguez, Victor) (Entered: 04/13/2011) |
| 04/14/2011 | 1575 | | ORDER as to Carlos Sevilla–Oyola, Adalberto Rivera–Bermudez, Francisco E. Lopez–Negron, Christian Reyes–Bonilla, Juan G. Santos–Pintado, Edwin Texidor–Nunez, Keyvin Siragusa–De-Jesus, Angel Ocasio–Cancel, Israel Baez–Rivera and FUGITIVE DEFENDANTS: **Status Conference RESET for 5/19/2011 at 09:30 AM** |

| | | |
|---|---|---|
| | | **in Courtroom 7 before Chief Judge Jose A Fuste.** Signed by Chief Judge Jose A Fuste on 04/14/2011.(dv) (Entered: 04/14/2011) |
| 04/15/2011 | 1588 | Minute Entry for proceedings held before US Magistrate Judge Camille L. Velez–Rive:Initial Appearance as to Francisco E. Lopez–Negron held on 4/15/2011. Present were SAUSA Cesar Rivera, Mr. Victor Ramos and PTO Sylvia Ortiz. Defendant was provided with copy of the indictment and advised as to the charges and his rights. **Arraignment/Detention set for 4/19/2011 at 10:00 AM in Courtroom 11 before US Magistrate Judge Camille L. Velez–Rive.** Defendant is ordered detained pending hearings. (yr) (Entered: 04/15/2011) |
| 04/15/2011 | 1589 | ORDER scheduling detention hearing as to Francisco E. Lopez–Negron. Defendant is TEMPORARILY DETAINED pending hearing. Signed by US Magistrate Judge Camille L. Velez–Rive on 4/15/2011.(yr) (Entered: 04/15/2011) |
| 04/19/2011 | 1622 | Minute Entry for proceedings held before US Magistrate Judge Camille L. Velez–Rive:Arraignment/Detention as to Francisco E. Lopez–Negron (15) Count 1,2 held on 4/19/2011. Present were SAUSA Cesar Rivera, Mr. Victor Ramos–Rodriguez and PTO M. Goytia. Defendant was found competent at this time to understand the proceedings. He waived the reading of the indictment and entered a plea of not guilty as to both counts. Case is referred to Judge Fuste for trial scheduling. As to bail, Mr. Ramos stated that at this time they had nothing to offer to rebut the presumption, but reserved the right to reopen the hearing. The Court ordered defendant detained without bail. Order to issue. (Court Reporter –FTR.)Interpreter Mary Jo Smith. (yr) (Entered: 04/19/2011) |
| 04/19/2011 | 1623 | ORDER OF DETENTION as to Francisco E. Lopez–Negron. Signed by US Magistrate Judge Camille L. Velez–Rive on 4/19/11.(ljt) (Entered: 04/19/2011) |
| 05/19/2011 | 1783 | Minute Entry for proceedings held before Judge Jose A Fuste:Status Conference held on 5/19/2011. Parties discussed the status of the remaining defendants. Separate order to be entered. **Status Conference set for 7/19/2011 09:00 AM in Courtroom 7 before Judge Jose A Fuste.** (Court Reporter Amy Walker.)Hearing set for 09:30.Hearing held at 10:10.Hearing ended at 10:48. (dv) (Entered: 05/20/2011) |
| 06/30/2011 | 1992 | MOTION for Extension of Time until July 31, 2011 to Inform Outcome Plea Negotiations by Francisco E. Lopez–Negron. (Ramos–Rodriguez, Victor) (Entered: 06/30/2011) |
| 07/05/2011 | 2004 | ORDER granting in part 1992 Motion for Extension of Time as to Francisco E. Lopez–Negron (15). Fifteen days are more than enough. SAUSA Rivera to extend the plea offer within forty–eight (48) hours.**Plea Offer due by 7/7/2011. Plea Agreement due by 7/20/2011. Change of Plea Hearing set for 7/22/2011 09:00 AM in Courtroom 7 before Judge Jose A Fuste.**Signed by Judge Jose A Fuste on 7/5/2011. (mrj) (Entered: 07/05/2011) |
| 07/18/2011 | 2045 | Transcript of Status Conference as to All Defendants held on 10/28/10, before Honorable Chief Judge Jose A. Fuste. Court Reporter/Transcriber Amy Walker, Telephone number 787–772–3470, prcsr123@gmail.com. |

| | | | |
|---|---|---|---|
| | | | COA Number: 11–1341. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be available electronically to the public without redaction after 90 calendar days. The policy is located at www.prd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/8/2011. Redacted Transcript Deadline set for 8/18/2011. Release of Transcript Restriction set for 10/17/2011. (aw) Modified on 7/21/2011 to eliminate individuals names(su). (Entered: 07/18/2011) |
| 07/18/2011 | 2050 | | Transcript of Status Conference as to All Defendants held on 09/28/10, before Honorable Chief Judge Jose A. Fuste. Court Reporter/Transcriber Amy Walker, Telephone number 787–772–3470, prcsr123@gmail.com. COA Number: 11–1341. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be available electronically to the public without redaction after 90 calendar days. The policy is located at www.prd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/8/2011. Redacted Transcript Deadline set for 8/18/2011. Release of Transcript Restriction set for 10/17/2011. (aw) Modified on 7/21/2011 to eliminate individuals names(su). (Entered: 07/18/2011) |
| 07/19/2011 | 2062 | | INFORMATIVE Motion regarding Plea Negotiations by Francisco E. Lopez–Negron. (Ramos–Rodriguez, Victor) (Entered: 07/19/2011) |
| 07/20/2011 | 2068 | | Minute for proceedings held before Judge Jose A Fuste: Status Conference held on 07/21/2011 as to defts. 4, 6, 15, 21, 53, 54, 74, 81, 89, 102 and 109. The Court granted 2062 Informative Motion as to Francisco E. Lopez–Negron (15). **Status Conference set for 7/29/2011 09:00 AM in Courtroom 7 before Judge Jose A Fuste as to defts. 4 and 109. Change of Plea Hearing set for 7/29/2011 09:00 AM in Courtroom 7 before Judge Jose A Fuste as to defts. 15, 54, 74, 81 and 89. Jury Trial RESET for 8/3/2011 09:00 AM in Courtroom 7 before Judge Jose A Fuste.** (Court Reporter Amy Walker.)Hearing set for 09:00.Hearing held at 09:28.Hearing ended at 09:54. (dv) (Additional attachment(s) added on 7/21/2011: # 1 List of Attendance) (su). (Entered: 07/21/2011) |
| 07/21/2011 | 2073 | | ***EX–PARTE*** MOTION Requesting Order by USA as to All Defendants (Rivera–Giraud, Cesar) Modified on 7/21/2011 to eliminate individual names (su). (Entered: 07/21/2011) |
| 07/22/2011 | 2079 | | ***SELECTED PARTIES***ORDER re 2073 Motion Requesting Order as to all defendants. Signed by Judge Jose A Fuste on 07/22/2011. Certified Copies sent to AUSA C. Rivera. (dv) (Entered: 07/22/2011) |
| 07/27/2011 | 2102 | | MOTION for Extension of Time until August 26, 2011 to Inform Outcome Plea Negotiations by Francisco E. Lopez–Negron. (Ramos–Rodriguez, |

| | | | |
|---|---|---|---|
| | | | Victor) (Entered: 07/27/2011) |
| 07/27/2011 | 2103 | | ORDER denying 2102 Motion for Extension of Time as to Francisco E. Lopez–Negron (15). Signed by Judge Jose A Fuste on 07/27/2011. (dv) (Entered: 07/27/2011) |
| 07/29/2011 | 2111 | | Minute Entry for proceedings held before Judge Jose A Fuste:Change of Plea Hearing as to Francisco E. Lopez–Negron held on 7/29/2011. Present: AUSA J. Hernandez, Atty. Victor Ramos. Deft. is U/C. Plea entered by Francisco E. Lopez–Negron (15) Guilty Count 1,2. **Sentencing Hearing set for 10/27/2011 09:00 AM in Courtroom 7 before Judge Jose A Fuste.** PSI Report ordered. E–mail sent to USPO. Atty. Ramos stated that he will provide evidence to the government as to defendant's residence and employment in the U.S. for a period of time after 2008 with the purpose of requesting a sentence in the lower end of the statutory minimum. (Court Reporter Amy Walker.)Hearing set for 09:00.Hearing held at 10:46.Hearing ended at 11:05.Interpreter Janis Palma. (dv) (Entered: 07/29/2011) |
| 07/29/2011 | 2112 | | PLEA AGREEMENT as to Francisco E. Lopez–Negron. (dv) (Entered: 07/29/2011) |
| 07/29/2011 | 2113 | | ***SELECTED PARTIES*** PLEA SUPPLEMENT as to Francisco E. Lopez–Negron. (dv) (Entered: 07/29/2011) |
| 08/11/2011 | 2151 | | MOTION View Pretrial Services Report by Francisco E. Lopez–Negron. (Ramos–Rodriguez, Victor) (Entered: 08/11/2011) |
| 08/15/2011 | 2156 | | ORDER granting 2151 Motion as to Francisco E. Lopez–Negron (15). Probation Officer may show the report to counsel. Signed by Judge Jose A Fuste on 08/15/2011. (dv) (Entered: 08/15/2011) |
| 10/20/2011 | 2274 | | MOTION to Continue by Probation Office as to Francisco E. Lopez–Negron. Suggestions in opposition/response due by 11/7/2011 (U.S. Probation Officer, Magaly Irizarry) (Entered: 10/20/2011) |
| 10/21/2011 | 2279 | | ORDER granting 2274 Motion to Continue as to Francisco E. Lopez–Negron (15). **Sentencing Hearing RESET for 12/15/2011 09:30 AM in Courtroom 7 before Judge Jose A Fuste.** Signed by Judge Jose A Fuste on 10/21/2011. (dv) (Entered: 10/21/2011) |
| 12/02/2011 | 2399 | | ***SELECTED PARTIES*** NOTICE of Disclosure of PSR Pursuant to Local Rule 132, the U.S. Probation Officer makes disclosure of the presentence report for the defendant of record. According to said rule, any inaccuracies or discrepancies should be reported to the Probation Officer within 14 days from disclosure of the document. Since the presentence report is a Court Document, its contents must not be recorded or otherwise disseminated to third parties in any manner, by USA, Probation Office, Francisco E. Lopez–Negron (U.S. Probation Officer, Magaly Irizarry) (Entered: 12/02/2011) |
| 12/08/2011 | 2422 | | ***SELECTED PARTIES*** NOTICE of Disclosure of Amended PSR Pursuant to Local Rule 132, the U.S. Probation Officer makes disclosure of the amended presentence report for the defendant of record. Since the presentence report is a Court Document, its contents must not be recorded |

| | | | |
|---|---|---|---|
| | | | or otherwise disseminated to third parties in any manner, by USA, Probation Office, Francisco E. Lopez–Negron (U.S. Probation Officer, Magaly Irizarry) (Entered: 12/08/2011) |
| 12/08/2011 | 2423 | | ***SELECTED PARTIES*** NOTICE of Filing of Addendum to the PSR. The addendum to the presentence investigation report has been filed in compliance with Rule 32 of the Federal Rules of Criminal Procedure by USA, Probation Office, as to Francisco E. Lopez–Negron (U.S. Probation Office Staff, Rebecca Perez) (Entered: 12/08/2011) |
| 12/08/2011 | 2424 | | TRANSMITTAL MEMO OF THE PRESENTENCE INVESTIGATION REPORT as to Francisco E. Lopez–Negron (U.S. Probation Office Staff, Rebecca Perez) (Entered: 12/08/2011) |
| 12/14/2011 | 2438 | | ***SELECTED PARTIES***SENTENCING MEMORANDUM by USA, Probation Office, Francisco E. Lopez–Negron as to Francisco E. Lopez–Negron (Attachments: # 1 Exhibit Sworn Statement, # 2 Exhibit Certificate, # 3 Exhibit Certificate) (Ramos–Rodriguez, Victor) (Entered: 12/14/2011) |
| 12/15/2011 | 2443 | | Minute Entry for proceedings held before Judge Jose A Fuste:Sentencing held on 12/15/2011 for Francisco E. Lopez–Negron (15). Present: SAUSA Alberto Lopez, Atty. Victor Ramos, USPO Victor Carlo. Deft. is U/C and present in court. Counts 1, 2, IMPR for 70 months as to Ct. 1 and 60 months as to Ct. 2 to be served consecutively with each other for a total of 130 months; SRT of 8 yrs as to Ct. 1 and 5 yrs. as to Ct. 2 to be served concurrently with each other; SMA of $200.00. (Court Reporter Amy Walker.)Hearing set for 09:30.Hearing held at 09:40.Hearing ended at 09:48.Interpreter Janis Palma. (dv) (Entered: 12/19/2011) |
| 12/19/2011 | 2444 | | JUDGMENT as to Francisco E. Lopez–Negron (15), Counts 1, 2, IMPR for 70 months as to Ct. 1 and 60 months as to Ct. 2 to be served consecutively with each other for a total of 130 months; SRT of 8 yrs as to Ct. 1 and 5 yrs. as to Ct. 2 to be served concurrently with each other; SMA of $200.00. Signed by Judge Jose A Fuste on 12/15/2011.(dv) (Main Document 2444 replaced on 12/19/2011) (np). (Entered: 12/19/2011) |
| 07/14/2012 | 2833 | | Transcript of Status Conference as to All Defendants held on May 19, 2011, before Honorable United States District Court Judge Jose A. Fuste. Court Reporter/Transcriber Amy Walker, Telephone number 787–772–3470, prcsr123@gmail.com. COA Number: 12–1388. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be available electronically to the public without redaction after 90 calendar days. The policy is located at www.prd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/9/2012. Redacted Transcript Deadline set for 8/17/2012. Release of Transcript Restriction set for 10/15/2012. (aw) Modified to eliminate individuals names on 7/17/2012 (su). (Entered: 07/14/2012) |
| 05/13/2013 | 3036 | | MOTION to Compel Enforcement of Plea Agreement, by Francisco E. |

| | | | |
|---|---|---|---|
| | | | Lopez–Negron, Pro Se. Suggestions in opposition/response due by 5/31/2013 (Attachments: # 1 Declaration of Francisco E. Lopez–Negron, # 2 Declaration of Maria Lopez–Negron)(ni) (Entered: 05/13/2013) |
| 05/17/2013 | 3037 | | ORDER as to Francisco E. Lopez–Negron re 3036 MOTION to Compel filed by Francisco E. Lopez–Negron. The Government will respond. **Notice of Compliance Deadline due by 5/31/2013.** Signed by Judge Jose A Fuste on 5/17/2013.(mrj) (Entered: 05/17/2013) |
| 05/21/2013 | 3040 | | Transcript of Change of Plea as to Francisco E. Lopez–Negron held on July 29, 2011, before Honorable United States District Court Judge Jose A. Fuste. Court Reporter/Transcriber Amy Walker, Telephone number prcsr123@gmail.com. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be available electronically to the public without redaction after 90 calendar days. The policy is located at www.prd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/14/2013. Redacted Transcript Deadline set for 6/24/2013. Release of Transcript Restriction set for 8/22/2013. (aw) (Entered: 05/21/2013) |
| 05/31/2013 | 3045 | | RESPONSE in Opposition by USA as to Francisco E. Lopez–Negron re 3036 MOTION to Compel filed by Francisco E. Lopez–Negron (Hernandez–Vega, Jenifer) (Entered: 05/31/2013) |
| 06/03/2013 | 3046 | | ORDER re 3036 MOTION to Compel filed by Francisco E. Lopez–Negron, 3045 Response in Opposition filed by USA: In order to keep the record straight and avoid a potential issue on appeal, the court will hold a hearing. The Defendant shall be made available by the U.S. Marshal and both his trial attorney and the prosecuting attorney will be required to testify. **Evidentiary Hearing set for 6/18/2013 04:00 PM in Courtroom 7 before Judge Jose A Fuste.** Signed by Judge Jose A Fuste on 6/3/2013.(mrj) (Entered: 06/03/2013) |
| 06/03/2013 | 3047 | | MOTION to Continue *Requesting to Advance or Re–Schedule Evidentiary Hearing* by USA as to Francisco E. Lopez–Negron. Suggestions in opposition/response due by 6/20/2013 (Hernandez–Vega, Jenifer) (Entered: 06/03/2013) |
| 06/04/2013 | 3048 | | ORDER granting 3047 Motion to Continue as to Francisco E. Lopez–Negron (15). **Evidentiary Hearing RESET for 6/14/2013 04:00 PM in Courtroom 7 before Judge Jose A Fuste.**Signed by Judge Jose A Fuste on 06/04/2013. (dv) (Entered: 06/04/2013) |
| 06/14/2013 | 3050 | | Minute Entry for proceedings held before Judge Jose A Fuste: Minute as to Francisco E. Lopez–Negron (15). Present: AUSA Tim Henwood, AUSA Jenifer Hernandez, Atty. Victor A. Ramos. USM failed to produce the defendant. **Evidentiary Hearing RESET for 7/2/2013 11:00 AM in Courtroom 7 before Judge Jose A Fuste.** (Court Reporter Amy Walker.)Hearing set for 04:00.Interpreter Mary Jo Smith. (dv) (Entered: 06/14/2013) |

| 07/02/2013 | 3059 | | Minute for proceedings held before Judge Jose A Fuste: Evidentiary Hearing as to Francisco E. Lopez–Negron held on 7/2/2013. Testimonies of AUSA Jenifer Hernandez and AUSA Mariana Bauza were heard. After hearing the parties, the Court denied 3036 Motion to Compel as to Francisco E. Lopez–Negron (15). (Court Reporter Amy Walker.)(Court Interpreter Mary Jo Smith + Janis Palma.)Hearing set for 11:00.Hearing held at 11:12.Hearing ended at 11:42. (dv) (Entered: 07/09/2013) |
|---|---|---|---|
| 09/12/2013 | 3080 | | TRANSCRIPT REQUEST by Francisco E. Lopez–Negron for proceedings held on 7/2/2013 before Judge Fuste. (Espada–Ocasio, Jennie) (Entered: 09/12/2013) |
| 02/18/2014 | 3121 | | MOTION for Reconsideration *to Reopen Issue of Enforcement of Plea Agreement* re 3059 Order on Motion to Compel, Evidentiary Hearing,, by Francisco E. Lopez–Negron. Suggestions in opposition/response due by 3/6/2014 (Espada–Ocasio, Jennie) (Entered: 02/18/2014) |
| 02/21/2014 | 3122 | | ORDER as to Francisco E. Lopez–Negron re 3121 MOTION for Reconsideration *to Reopen Issue of Enforcement of Plea Agreement*. Government to Respond. A hearing to dilucidate these matters on the basis of testimony and evidence shall be held. **Response to Motion Deadline due by 3/6/2014. Motion Hearing set for 3/10/2014 10:00 AM in Courtroom 7 before Judge Jose A. Fuste.** Signed by Judge Jose A. Fuste on 02/21/2014.(mrj) (Entered: 02/21/2014) |
| 02/24/2014 | 3123 | | TRANSCRIPT REQUEST *for Evidentiary Hearing (D.E. 3059)* by USA as to Francisco E. Lopez–Negron for proceedings held on 7/2/2013 before Judge Jose A. Fuste. (Hernandez–Vega, Jenifer) (Entered: 02/24/2014) |
| 02/27/2014 | 3126 | | MOTION to Continue *Reconsideration Hearing* by Francisco E. Lopez–Negron. Suggestions in opposition/response due by 3/17/2014 (Espada–Ocasio, Jennie) (Entered: 02/27/2014) |
| 02/28/2014 | 3127 | | RESPONSE in Opposition by USA as to Francisco E. Lopez–Negron re 3121 MOTION for Reconsideration *to Reopen Issue of Enforcement of Plea Agreement* re 3059 Order on Motion to Compel, Evidentiary Hearing,, filed by Francisco E. Lopez–Negron (Bauza, Mariana) (Entered: 02/28/2014) |
| 03/04/2014 | 3128 | | ORDER granting 3126 Motion to Continue as to Francisco E. Lopez–Negron (15). **Motion Hearing set for 3/10/2014 IS RESET FOR 3/28/2014 09:30 AM in Courtroom 7 before Judge Jose A. Fuste.** Signed by Judge Jose A. Fuste on 03/04/2014. (dv) (Entered: 03/04/2014) |
| 03/14/2014 | 3130 | | Transcript of Hearing as to Francisco E. Lopez–Negron held on July 2, 2013, before Honorable United States District Court Judge Jose A. Fuste. Court Reporter/Transcriber Amy Walker, Telephone number 787–772–3470, prcsr123@gmail.com. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be available electronically to the public without redaction after 90 calendar days. The policy is located at www.prd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be |

| | | | |
|---|---|---|---|
| | | | obtained through PACER. Redaction Request due 4/7/2014. Redacted Transcript Deadline set for 4/17/2014. Release of Transcript Restriction set for 6/16/2014. (aw) (Entered: 03/14/2014) |
| 03/26/2014 | 3136 | | MOTION to Continue *Hearing Scheduled for March 28, 2014* by Francisco E. Lopez−Negron. Suggestions in opposition/response due by 4/11/2014 (Espada−Ocasio, Jennie) Modified on 3/26/2014 removing restriction inadvertently placed by cnsl (np). (Entered: 03/26/2014) |
| 03/27/2014 | 3137 | | ORDER granting in part 3136 Motion to Continue as to Francisco E. Lopez−Negron (15): **Motion Hearing RESET for 4/3/2014 10:00 AM in Courtroom 7 before Judge Jose A. Fuste.** Signed by Judge Jose A. Fuste on 03/27/2014. (dv) (Entered: 03/27/2014) |
| 04/03/2014 | 3139 | | Minute for proceedings held before Judge Jose A. Fuste: Motion Hearing as to Francisco E. Lopez−Negron (15) held on 4/3/2014 re 3121 MOTION for Reconsideration *to Reopen Issue of Enforcement of Plea Agreement.* Present: AUSA Timothy Henwood, AUSA Jenifer Hernandez, AUSA Mariana Bauza, Atty. Jennie Espada (arrived @ 10:10 AM). Defendant is U/C and present in court. 3121 Motion for Reconsideration filed by Francisco E. Lopez−Negron was discussed. Arguments presented by the government and defense counsel. After hearing the parties, the Court adopted 3127 Government's Response. 3121 Motion for Reconsideration was denied. (Court Reporter Amy Walker.)(Court Interpreter Edna Brayfield.)Hearing set for 10:00.Hearing held at 10:12.Hearing ended at 10:11. (dv) (Entered: 04/09/2014) |
| 04/09/2014 | 3140 | | ***CASE PARTICIPANTS*** MOTION Submitting *Documentation in Support of Profer Hearing* by Francisco E. Lopez−Negron (15). Suggestions in opposition/response due by 4/25/2014 (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Espada−Ocasio, Jennie) Modified on 4/11/2014 changing level of restriction as per order #3142. (np). (Entered: 04/09/2014) |
| 04/10/2014 | 3141 | | MOTION Requesting Order re 3140 MOTION Submitting *Documentation in Support of Profer Hearing* by USA as to Francisco E. Lopez−Negron (15). Suggestions in opposition/response due by 4/28/2014 (Bauza, Mariana) (Entered: 04/10/2014) |
| 04/10/2014 | 3142 | | ORDER as to Francisco E. Lopez−Negron (15) re 3141 MOTION Requesting Order filed by USA; 3140 MOTION Submitting *Documentation in Support of Proffer Hearing* filed by Francisco E. Lopez−Negron. The documents attached to Docket No. 3140 are part of the record and the court of appeals will have access to them. We note and agree with the content of Docket No. 3141 . Those attachments to Docket No. 3140 shall be restricted to parties' only. Signed by Judge Jose A. Fuste on 04/10/2014.(mrj) (Entered: 04/10/2014) |
| 05/06/2014 | 3144 | | MOTION for Leave to Appeal by Francisco E. Lopez−Negron (15). Suggestions in opposition/response due by 5/22/2014 (Espada−Ocasio, Jennie) (Entered: 05/06/2014) |
| 05/08/2014 | 3145 | | ORDER noted 3140 Motion Submitting as to Francisco E. Lopez−Negron (15); noted and moot 3141 Motion Requesting Order as to Francisco E. Lopez−Negron (15). Signed by Judge Jose A. Fuste on 05/08/2014. (mrj) |

| | | | |
|---|---|---|---|
| | | | (Entered: 05/08/2014) |
| 05/12/2014 | 3146 | | ORDER denying 3144 Motion for Leave to Appeal as to Francisco E. Lopez–Negron (15). Signed by Judge Jose A. Fuste on 05/12/2014. (mrj) (Entered: 05/12/2014) |
| 08/08/2014 | 3167 | | MOTION to Withdraw as Attorney by Mariana E. Bauza by USA as to all defendants. Suggestions in opposition/response due by 8/25/2014 (Bauza, Mariana) Modified on 8/15/2014 correcting entry (np). (Entered: 08/08/2014) |
| 08/14/2014 | 3168 | | ORDER granting 3167 MOTION to Withdraw as Attorney by Mariana E. Bauza filed by USA. Signed by Judge Jose A. Fuste on 08/14/2014.(dv) (Entered: 08/14/2014) |
| 11/07/2014 | 3217 | | MOTION to reduce sentence – USSC Amendment 782 by Francisco E. Lopez–Negron (15). Suggestions in opposition/response due by 11/24/2014 (Espada–Ocasio, Jennie) Modified on 11/10/2014 correcting event (np). (Entered: 11/07/2014) |
| 12/12/2014 | 3266 | | REPORT AND RECOMMENDATION on Amendment 782 as to Francisco E. Lopez–Negron (15), Set/Reset Motion and RRDeadlines/Hearings **The defendant may qualify for sentence reduction. Objections to RRdue by 12/29/2014 Suggestions in opposition/response due by 12/29/2014** Signed by U.S.Magistrate Judge Justo Arenas on 12/12/2014.(Arenas, Justo) (Entered: 12/12/2014) |
| 03/12/2015 | 3339 | | MOTION to Withdraw as Attorney by Victor O. Acevedo by USA as to all defendants. (Acevedo–Hernandez, Victor) Modified on 3/13/2015 correcting filers (np). (Entered: 03/12/2015) |
| 06/08/2015 | 3430 | | MOTION to Withdraw as Attorney by Jose A. Contreras on behalf of USA as to All Defendants. Suggestions in opposition/response due by 6/25/2015 (Contreras, Jose) Modified on 6/9/2015 to edit docket text (nat). (Entered: 06/08/2015) |
| 06/11/2015 | 3435 | | ORDER granting 3430 Motion to Withdraw as Attorney. Attorney Jose A. Contreras terminated. Signed by Judge Jose A. Fuste on 6/11/2015. (nat) (Entered: 06/11/2015) |
| 04/07/2016 | 3710 | | Subsequent Motion Re: Amendment 782 – Report by Probation Office as to Francisco E. Lopez–Negron (15). Suggestions in opposition/response due by 4/25/2016 (U.S. Probation Officer, Carlos Cancio) (Entered: 04/07/2016) |
| 04/18/2016 | 3732 | 17 | ORDER REGARDING SENTENCE – USSC Amendment 782 as to Francisco E. Lopez–Negron (15): 3217 MOTION to Reduce Sentence – USSC Amendment 782 filed by Francisco E. Lopez–Negron is DENIED. Signed by Judge Jose A. Fuste on 04/18/2016. (dv) (Entered: 04/18/2016) |
| 05/03/2016 | 3756 | 18 | NOTICE OF APPEAL by Francisco E. Lopez–Negron (15), pro se re 3732 Order Regarding Sentence – USSC Amendment 782. (Attachments: # 1 Envelope) (xi) (Entered: 05/03/2016) |
| 05/05/2016 | 3758 | | MEMORANDUM OF THE CLERK. In view of the retirement of Judge Jose A. Fuste, this case has been randomly reassigned within the Case |

| | | | |
|---|---|---|---|
| | | | Assignment System to the docket of Judge Carmen Consuelo Cerezo. Signed by Clerk on 5/5/16.(gsr) (Entered: 05/05/2016) |
| 05/19/2016 | 3773 | 20 | Certified and Transmitted Record on Appeal as to Francisco E. Lopez–Negron (15) to US Court of Appeals re 3756 Notice of Appeal – Final Judgment [Docket Entries 3732 &3756] s/c: Francisco E. Lopez–Negron, Reg. #63246–050, FCI Fort Dix, P.O. BOX 2000, JOINT BASE MDL, NJ 08640. (xi) (Entered: 05/19/2016) |

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No:  3:10-CR-00251-015 (JAF) |
| FRANCISCO E. LOPEZ-NEGRON | ) | |
| | ) | USM No:  63246-050 |
| Date of Original Judgment:  12/19/2011 | ) | |
| Date of Previous Amended Judgment: | ) | AFPD HECTOR L. RAMOS |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

See Docket Document No. 3710, with which the court is in agreement.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  _____04/18/2016_____          _____S/JOSE ANTONIO FUSTE_____
                                                                    *Judge's signature*

Effective Date: _____          JOSE ANTONIO FUSTE, U.S. DISTRICT JUDGE
*(if different from order date)*                          *Printed name and title*

17

UNITED STATES DISTRICT COURT

RECEIVED & FILED

DISTRICT OF PUERTO    2016 MAY -3 PM 12: 10

UNITED STATES OF AMERICA,

CLERK'S OFFICE
U. DISTRICT COURT
SAN JUAN, P.R.

vs.                                                    Docket No: 10-251 (JAF)

FRANCISCO LOPEZ-NEGRON,

                    Defendant.

_____/

## NOTICE OF APPEAL

COMES NOW, Defendant Francisco Lopez-Negron with his Notice of Appeal pursuant to

Rule 4(c), of the Federal Rules of Appellate Procedure, on the District Court's denial of the Title

18 USC § 3582 entered on April 18, 2016.  (D.E. 3732)

Dated this 26day of April 2016.

_____
Francisco Lopez-Negron
Reg. # 63246-050
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ  08640

## CERTIFICATE OF SERVICE

I hereby do certify that I filed the foregoing document with the Clerk of Court via the United

States Mail with sufficient Postage.

Dated this 26day of April 2016.

_____
Francisco Lopez-Negron
Reg. # 63246-050
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ  08640



Francisco Lopez-Negron
Register # 63246-050
FCI Fort-Dix
PO Box 2000
Fort Dix, NJ 08640

7013 3020 0001 0117 0792

Office of The Clerk
United States District Court
District Court Puerto Rico
150 Carlos Chardon Street
San Juan, Puerto Rico 00918-1767

00918 1705 25

CERTIFIED MAIL

$3.76
US POSTAGE
FIRST-CLASS
FROM 3318
APR 26 20
stamps

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2016 MAY -3 PM 12: 10

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Abbreviated Record to the Court of Appeals</u>

**DATE:**   May 19, 2016

**DC #:**   **10-251   (CCC)**

**APPEAL FEE PAID:**          YES _____   NO __X__

**CASE CAPTION:**        USA    v.   **Colón-De Jesús**
                        Defendant:   **Francisco E. López-Negrón   (15)**
                        **T/N:  Francisco Eliezer López-Negrón**

**IN FORMA PAUPERIS:**   YES __X__   NO _____

**MOTIONS PENDING:**   YES _____   NO __X__

**NOTICE OF APPEAL FILED BY:**          Defendant, pro se

**APPEAL FROM:**        Order entered on 04/18/16

**SPECIAL COMMENTS:**   **Electronically filed documents**

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                              **VOLUMES:**

**Docket Entries  3732  &  3756**                                I

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above
and constitute the record on appeal in this case.

                                   FRANCES RIOS DE MORAN
                                   Clerk of the Court


                                   S/ Xiomara Muñiz
                                   Xiomara Muñiz
                                   Deputy Clerk


s/c:  CM/ECF Parties, Appeals Clerk

# United States Court of Appeals
## For the First Circuit

No. 16-1581

UNITED STATES

Appellee

v.

FRANCISCO E. LOPEZ-NEGRON

Defendant - Appellant

**CASE OPENING NOTICE**

Issued: May 23, 2016

The above-captioned appeal was docketed in this court today pursuant to Rule 12 of the Federal Rules of Appellate Procedure. The above case number and caption should be used on all papers subsequently submitted to this court. If any party disagrees with the clerk's office's designation of the parties on appeal, it must file a motion to amend the caption with any supporting documentation attached. Absent an order granting such a motion, the parties are directed to use the above caption on all pleadings related to this case.

Appellant must complete and return the following forms to the clerk's office by **June 6, 2016** to be deemed timely filed:

- Transcript Report/Order Form (Please carefully read the instructions for completing and filing this form.)

These forms are available on the court's website at www.ca1.uscourts.gov, under "Forms & Notices." Failure to comply with the deadlines set by the court may result in dismissal of the appeal for lack of diligent prosecution. See 1st Cir. R. 3.0, 10.0, and 45.0.

Upon confirmation by the circuit clerk that the record is complete either because no hearing was held, no transcript is necessary, or the transcript is on file, the clerk's office will set the briefing schedule and forward a scheduling notice to the parties.

Within seven days of filing the notice of appeal, appellant must pay the filing fee to the district court clerk. An indigent appellant who seeks to appeal in forma pauperis must file a motion and financial affidavit in the district court in compliance with Fed. R. App. P. 24. Unless this court is provided with notice of paying the filing fee to the clerk of the district court or filing a motion

seeking in forma pauperis status within fourteen days of the date of this notice, this appeal may be dismissed for lack of prosecution. 1st Cir. R. 3.0(b).

An appearance form should be completed and returned immediately by any attorney who wishes to file pleadings in this court. 1st Cir. R. 12.0(a) and 46.0(a)(2). Any attorney who has not been admitted to practice before the First Circuit Court of Appeals must submit an application and fee for admission using the court's Case Management/Electronic Case Files ("CM/ECF") system prior to filing an appearance form. 1st Cir. R. 46.0(a). *Pro se* parties are not required to file an appearance form.

Dockets, opinions, rules, forms, attorney admission applications, the court calendar and general notices can be obtained from the court's website at www.ca1.uscourts.gov. Your attention is called specifically to the notice(s) listed below:

- Notice to Counsel and Pro Se Litigants
- Transcript Notice

If you wish to inquire about your case by telephone, please contact the case manager at the direct extension listed below.

Margaret Carter, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  David Krinsky - (617) 748-4209

# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF ELECTRONIC AVAILABILITY OF CASE INFORMATION

The First Circuit has implemented the Federal Judiciary's Case Management/Electronic Case Files System ("CM/ECF") which permits documents to be filed electronically. In addition, most documents filed in paper are scanned and attached to the docket. In social security and immigration cases, members of the general public have remote electronic access through PACER only to opinions, orders, judgments or other dispositions of the court. Otherwise, public filings on the court's docket are remotely available to the general public through PACER. Accordingly, parties should not include in their public filings (including attachments or appendices) information that is too private or sensitive to be posted on the internet.

Specifically, Fed. R. App. P. 25(a)(5), Fed. R. Bank. P. 9037, Fed. R. Civ. P. 5.2 and Fed. R. Cr. P. 49.1 require that parties not include, or partially redact where inclusion is necessary, the following personal data identifiers from documents filed with the court <u>unless an exemption applies</u>:

- **Social Security or Taxpayer Identification Numbers.** If an individual's social security or taxpayer identification number must be included, only the last four digits of that number should be used.
- **Names of Minor Children.** If the involvement of a minor child must be mentioned, only the initials of that child should be used.
- **Dates of Birth.** If an individual's date of birth must be included, only the year should be used.
- **Financial Account Numbers.** If financial account numbers are relevant, only the last four digits of these numbers should be used.
- **Home Addresses in Criminal Cases.** If a home address must be included, only the city and state should be listed.

<u>See also</u> Rule 12 of this court's Administrative Order Regarding Case Management/Electronic Case Files System.

If the caption of the case contains any of the personal data identifiers listed above, the parties should file a motion to amend caption to redact the identifier.

Parties should exercise caution in including other sensitive personal data in their filings, such as personal identifying numbers, medical records, employment history, individual financial information, proprietary or trade secret information, information regarding an individual's cooperation with the government, information regarding the victim of any criminal activity, national security information, and sensitive security information as described in 49 U.S.C. § 114.

Attorneys are urged to share this notice with their clients so that an informed decision can be made about inclusion of sensitive information. The clerk will not review filings for redaction. Filers are advised that it is the experience of this court that failure to comply with redaction requirements is most apt to occur in attachments, addenda, or appendices, and, thus, special attention should be given to them. For further information, including a list of exemptions from the redaction requirement, see http://www.privacy.uscourts.gov/.

# United States Court of Appeals
## For the First Circuit
————————————

### NOTICE TO COUNSEL REGARDING
### MANDATORY REGISTRATION AND TRAINING
### FOR ELECTRONIC FILING (CM/ECF)

Beginning January 1, 2010, CM/ECF is mandatory for all attorneys filing in this court. Therefore, we strongly encourage all attorneys who practice in this court to register as an ECF Filer as soon as possible and become familiar with the system. Before you may file documents electronically in the CM/ECF system, you must complete the following steps.

- **Complete both of the <span style="color:red">mandatory</span> Electronic Learning Modules (ELMs) located at** www.ca1.uscourts.gov on the CM/ECF (Electronic Filing) page. The lessons provide a step-by-step overview of how to file various types of documents, as well as how to avoid common filing errors.

- **Apply for admission if you are not a member of this court's bar**. In order to register as an ECF Filer, attorneys must be admitted to the bar of this court. For information on attorney admission, go to the Forms & Instructions page on the First Circuit's website at www.ca1.uscourts.gov.

- **Register for a PACER account at** http://www.pacer.psc.uscourts.gov if you or your law firm have not previously done so. A PACER account is required to view docket reports and electronically filed documents.

- **Register with PACER for a First Circuit Appellate ECF Filer account at** http://www.pacer.psc.uscourts.gov. You must register for an ECF Filer account with this court order to electronically file documents through the court's CM/ECF system. If you previously registered through PACER for electronic noticing in the First Circuit, and you are a member of the bar of the First Circuit Court of Appeals, you do not have to re-register for an appellate CM/ECF account.

- **Review the Administrative Order Regarding CM/ECF (which sets forth rules governing electronic filing) and the CM/ECF User's Guide.** Complete information about CM/ECF is available on the First Circuit's website at www.ca1.uscourts.gov.

cc:
Mariana E. Bauza Almonte, Penelope Castellanos-Dilone, Myriam Yvette Fernandez-Gonzalez, Jenifer Yois Hernandez-Vega, Thomas F. Klumper, Francisco E. Lopez-Negron, Max J. Perez-Bouret, Cesar S. Rivera-Giraud, Kelly Zenon-Matos

# United States Court of Appeals
## For the First Circuit

---

**NOTICE TO ALL CM/ECF USERS REGARDING
"NATIVE" PDF REQUIREMENT**

All documents filed electronically with the court must be submitted as "native" Portable Document ("PDF") files. See Rule 1 of the Administrative Order Regarding Case Management/Electronic Case Files System ("CM/ECF"). A **native PDF file** is created by electronically converting a word processing document to PDF using Adobe Acrobat or similar software. A **scanned PDF file** is created by putting a paper document through an optical scanner. Use a scanner ONLY if you do not have access to an electronic version of the document that would enable you to prepare a native PDF file.

If you fail to file a document in the correct format, you will be asked to resubmit it. Instructions for converting Word or WordPerfect documents to PDF are available on the court's website at http://www.ca1.uscourts.gov/sites/ca1/files/WP_Conversion.pdf.